United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 10-17542-bif
Henry Vincent Sciortino                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: NancyW              Page 1 of 2              Date Rcvd: May 23, 2011
                              Form ID: 180NEW           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2011.
db          +Henry Vincent Sciortino,    1547 Tanglewood Drive,    West Chester, PA 19380-5843
smg          City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
              1515 Arch Street 15th Floor,    Philadelphia, PA  19102-1595
smg          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
              Philadelphia, PA 19106-4404
cr          +Fairmount Capital Advisors, Inc.,    c/o Mitts Milavec, LLC,    Rebecca Field Emerson,
              Two Logan Square, 12th Floor,    18th and Arch Streets,    Philadelphia, PA 19103-2760
12174019     Citizens Bank,    PO box 42001,    Providence, RI 02940-2001
12142752    +East Goshen Township,    1580 Paoli Pike,    West Chester, PA 19380-6107
12165386    +Fairmount Capital Advisors, Inc.,    c/o Mitts Milavec, LLC,    Rebecca Field Emerson, Esquire,
              2 Logan Square, 12th Fl., 18th & Arch,    Philadelphia, PA 19103-2707
12142753    +Fairmount Capital Advisors, Inc.,    1435 Walnut Street,    Suite 300,
              Philadelphia, PA 19102-3219
12142755    +Laura Lynn Sciortino,    1547 Tanglewood Drive,    West Chester, PA 19380-5843
12142756    +Maurice Mitts, Esquire,    Two Logan Square, 12th Floor,    18th & Arch Streets,
              Philadelphia, PA 19103-2760
12142757    +Pennsylvania Dept. of Revenue,    Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0001
12142758    +Reed Smith,    225 Fifth Avenue,    Pittsburgh, PA 15222-2724
12174029    +Thomas Myers, Esquire,    1800 East Lancaster,    Paoli, PA 19301-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           EDI: RMSC.COM May 24 2011 00:48:00      GE Money Bank,    c/o Recovery Management Systems Corp,
              25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
12142750     EDI: HNDA.COM May 24 2011 00:48:00      American Honda Finance Corporation,    PO Box 7829,
              Philadelphia, PA 19101-7829
12399833     EDI: BECKLEE.COM May 24 2011 00:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
              POB 3001,   Malvern  PA 19355-0701
12142751     EDI: BANKAMER2.COM May 24 2011 00:48:00      Bank of America,    PO Box 37176,
              San Francisco, CA 94137-0176
12142754     EDI: IRS.COM May 24 2011 00:48:00      Internal Revenue Service,    Special Procedures Section,
              PO Box 12051,    Philadelphia, PA 19105
12210980     EDI: RECOVERYCORP.COM May 24 2011 00:48:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12142759    +E-mail/Text: mttaylor@sianalaw.com May 24 2011 00:49:30      Siana, Bellwoar & McAndrew, LLP,
              941 Pottstown Pike,    Suite 200,    Chester Springs, PA 19425-3510
12174028     E-mail/Text: lbuneta@sovereignbank.com May 24 2011 00:53:12      Sovereign Bank,    PO Box 12646,
              Reading, PA 19612-2646
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA  19355-0701
cr*          Siana, Bellwoar & McAndrew, LLP,    941 Pottstown Pike,    Suite 200,
              Chester Springs, PA  19425-3510
12174017*  ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: American Honda Finance Corporation,    PO Box 7829,
              Philadelphia, PA 19101-7829)
12174018*    Bank of America,    PO Box 37176,    San Francisco, CA 94137-0176
12174020*   +East Goshen Township,    1580 Paoli Pike,    West Chester, PA 19380-6107
12174021*   +Fairmount Capital Advisors, Inc.,    1435 Walnut Street,    Suite 300,
              Philadelphia, PA 19102-3219
12174022*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    Special Procedures Section,    PO Box 12051,
              Philadelphia, PA 19105)
12174023*   +Laura Lynn Sciortino,    1547 Tanglewood Drive,    West Chester, PA 19380-5843
12174024*   +Maurice Mitts, Esquire,    Two Logan Square, 12th Floor,    18th & Arch Streets,
              Philadelphia, PA 19103-2760
12174025*   +Pennsylvania Dept. of Revenue,    Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0001
12174026*   +Reed Smith,    225 Fifth Avenue,    Pittsburgh, PA 15222-2724
12174027*   +Siana, Bellwoar & McAndrew, LLP,    941 Pottstown Pike,    Suite 200,
              Chester Springs, PA 19425-3510
                                                                                   TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: NancyW              Page 2 of 2              Date Rcvd: May 23, 2011
                              Form ID: 180NEW           Total Noticed: 22

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2011**              **Signature:**      _Joseph Speetjens_

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Pennsylvania
**Case No. 10–17542–bif**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Vincent Sciortino
   1547 Tanglewood Drive
   West Chester, PA 19380

Social Security No.:
   xxx–xx–6282

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                BY THE COURT

Dated: 5/23/11                                       Bruce I. Fox
                                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**