UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

HENRY VINCENT SCIORTINO,         :    CHAPTER 7

    DEBTOR                                  :    BANKRUPTCY NO. 10-17542

**NOTICE OF CHANGE FROM ASSET TO NO-ASSET**

TO:   FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE:

Michael H. Kaliner, the Trustee in the above captioned matter, after due inquiry, having discovered no assets, hereby gives Notice that this case is a No-Asset case.

/s/ Michael H. Kaliner
MICHAEL H. KALINER, TRUSTEE

DATED: May 26, 2011