IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                        CHAPTER 7

HENRY VINCENT SCIORTINO

       DEBTOR(S)                          BANKRUPTCY No. 10-17542F

## ORDER

AND NOW, this      day of                   , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

[ ]    If checked here, case to remain open until all parties are served Notice according to Rule 4004(g).

BY THE COURT:

_____
BRUCE I. FOX
UNITED STATES BANKRUPTCY JUDGE